**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-4437**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHELLE DENISE JONES,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (CR-02-273)

─────────

Submitted:  October 17, 2003          Decided:  December 15, 2003

─────────

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Matthew A. Victor, VICTOR, VICTOR & HELGOE, L.L.P., Charleston, West Virginia, for Appellant.  Kasey Warner, United States Attorney, Stephanie L. Haines, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michelle Denise Jones appeals her conviction and twenty-four month sentence imposed for possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) (2000). Jones contends that the district court abused its discretion by refusing to accept her plea of nolo contendere. After careful consideration of the record, we find no abuse of the district court's broad discretion. See Fed. R. Crim. P. 11(a)(1), (3); United States v. Dorman, 496 F.2d 438, 440 (4th Cir. 1974). We therefore affirm Jones' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED